Commonwealth *v.* Groff, Appellant.

Submitted December 16, 1975. *Edward F. Browne, Jr.*, Assistant Public Defender, for appellant; *Joseph C. Madenspacher*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc*. See *Commonwealth v. Roberts*, 237 Pa. Superior Ct. 336 (1975) and ·*Commonwealth v. Velasquez*, 238 Pa. Superior Ct. 368 (1976).

WATKINS, P.J., and PRICE, J., dissent on the basis of

the dissenting opinion in *Commonwealth v. Roberts*, supra.